

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2013

No. 04-13-00429-CR

**IN RE** David **SALINAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On July 9, 2013, relator filed a petition for writ of mandamus. Relator filed a related motion on July 15, 2013. This court has determined that we do not have jurisdiction over relator's petition and, accordingly, we do not have jurisdiction over the related motion. Relator's motion is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 18, 2013.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2010CR7306B-W1, styled *The State of Texas v. David Salinas*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.